

JENNIFER LARABEE (Bar No. 163989)
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA 90024
Phone: (310) 824-4343
Fax: (310) 824-4380

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

ENTERED

MAR - 5 2004

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY                          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

___X___ Priority
___X___ Send
___X___ Clsd
___X___ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

RECEIVED
BUT NOT FILED

JAN 23 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
FEDERAL TRADE COMMISSION
SOU...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FEDERAL TRADE COMMISSION,

                    Plaintiff,

        v.

DATA MEDICAL CAPITAL, INC.,
et al,

                    Defendants.

No. SA-CV-99-1266 AHS (EEx)

(Proposed)
ORDER TO MODIFY STIPULATED
FINAL JUDGMENT

Plaintiff Federal Trade Commission ("Commission") has moved to modify Section III.A. of the Stipulated Final Judgment and Order for Permanent Injunction, Disgorgement and Monetary Relief against Defendant Bryan D'Antonio a/k/a Brian D'Antonio and Data Medical Capital, Inc., also doing business as Datamed and MedCo ("Stipulated Final Judgment"), which this Court entered on July 10, 2001, to allow the Commission to obtain a previously undisclosed asset, specifically $13,670.38 held by Discover Card in the name of DataMed. In the alternative, the Commission has moved that the Court reopen this matter under Section III.D. of the Stipulated Final Judgment to modify the monetary liability of

LODGED
CLERK, U.S. DISTRICT COURT

JAN 23 2004

CENTRAL DISTRICT OF CALIFORNIA
BY SOUTHERN DIVISION DEP.

DOCKETED ON CM

MAR - 5 2004

BY

defendant Data Medical Capital, Inc. ("Data Medical").  The Commission has also moved to modify Section IV of the Stipulated Final Judgment to authorize the Commission to remit any newly received consumer redress funds to a criminal restitution fund established for consumers who purchased medical billing business opportunities from Data Medical.

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that Section III.A. of the Stipulated Final Judgment is modified to read as follows:

"Defendants shall release any and all claims that they may have to any assets seized from Defendants by the Federal Bureau of Investigation, including $559,404.69 and 45,000 share of common stock in Commonwealth Energy Corp, and to any assets held in credit card reserve or other merchant accounts, and agree that these assets or their proceeds may be transferred by the Office of the United States Marshal or its designated agent, or by any credit card company, as applicable, to the Federal Trade Commission or its designated agent to be used for consumer redress in accordance with Section IV below;"

**IT IS FURTHER ORDERED** that Section IV.1. of the Stipulated Final Judgment is modified to read as follows:

"The Commission may apply any or all funds received from Defendants pursuant to this Order, and any interest received thereon, to a consumer redress program and to related administrative expenses;

2

provided, however, that if the Commission determines that a consumer redress program is not feasible, the Commission may pay such funds to the United States · Treasury as disgorgement or may pay such funds to any criminal restitution fund established for consumers who purchased medical billing business opportunities from Data Medical. The Commission shall have full and sole discretion to:

1. Determine the criteria for participation by individual claimants in any consumer redress program implemented pursuant to this Order;

2. Determine the manner and timing of any notices to be given to consumers regarding the existence and terms of such programs; and

3. Delegate any and all tasks connected with such redress program to any individuals, partnerships, or corporations; and pay the fees, salaries, and expenses incurred thereby from the payments made pursuant to this Order;"

SO ORDERED, this _____*4th*_____ day of _____*march*_____, 2004.

_____
United States District Court Judge

Presented by:

_____
Thomas J. Syta
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

3

CERTIFICATE OF SERVICE

I, Janice L. Charter, certify as follows:

1.  I am over 18 years of age and not a party to this action.  My business address is 901 Market St., Ste. 570, San Francisco, California  94103.

2.  On January 22, 2004, I served **(Proposed) Order to Modify Stipulated Final Judgment** on the interested parties in this action by causing to be sent by first-class mail a true and correct copy to:

> Bryan D'Antonio
> Inmate Register Number 17274-112
> Taft Correctional Institution
> PO Box 7001
> Taft, CA 93268

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California, on January 22, 2004.

_Janice L. Charter_

4