FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission,**<br><br>Plaintiff,<br><br>v.<br><br>Data Medical Capital, Inc., et al.,<br><br>Defendants. | SA-CV-99-1266 AHS (EEx)<br><br>~~(Proposed)~~<br><br>**Order for Contempt Defendants to Show Cause Why They Should Not Be Held in Contempt**<br><br>Date and Time of Hearing: July 28, 2009, at 10:00 a.m.<br>Judge Alicemarie H. Stotler |

Upon consideration of Plaintiff Federal Trade Commission's *Ex Parte* Application for an Order to Show Cause Why Contempt Defendants Bryan D'Antonio, The Rodis Law Group, Inc., America's Law Group, and The Financial Group Inc. should not be held in civil contempt for violating the Stipulated Final Judgment and Order for Permanent Injunction that this Court entered on July 13, 2001, and the accompanying memorandum of points and authorities and exhibits, and finding good cause for said application, **IT IS HEREBY ORDERED** that:

(1)   The Application is **GRANTED.**

(2)   Contempt Defendants shall appear before this Court on **July 28,**

1  **2009, at 10:00 a.m.** at the Ronald Reagan Federal Building and U.S. Courthouse, ~~Martin Luther King, Jr. Federal Building and United States Courthouse,~~ 411 West Fourth Street, Room 10A, Santa Ana, CA 92701-4516, to show cause, if any there be, why this Court should not find them in civil contempt for failing to comply with the requirements of this Court's Stipulated Final Judgment and Order for Permanent Injunction and impose such relief as it deems appropriate. *Other than the filings described below, no others will be permitted without leave of Court.*

(3) Contempt Defendants shall *file and* serve Plaintiff Federal Trade Commission ("FTC" or "Commission") any documentary evidence *and opposing memoranda of points and authorities* on which they will rely at the show cause hearing **no later than fourteen (14) days prior to the hearing,** by electronic mail to gmadden@ftc.gov or by overnight delivery addressed to Gregory J. Madden, Federal Trade Commission, 600 Pennsylvania Ave., N.W., Suite NJ-2122, Washington, D.C. 20580. Service of all Court filings on the FTC shall also be made electronically or by overnight mail.

(4) If Contempt Defendants *or FTC* intend to present the testimony of any witness at the show cause hearing, they shall *file and* serve the Commission, by electronic mail to gmadden@ftc.gov and by overnight delivery to the above address, **no later than fourteen (14) days prior to the hearing,** a statement containing the name, address, and telephone number of any such witness.

(5) *The FTC shall file its reply, if any, no later than 7 days before the hearing.*

Dated this 22nd day of June, 2009.

_____
United States District Judge

2