FRANK M. GORMAN
fgorman@ftc.gov, (202) 326-2156 (tel.)
GREGORY J. MADDEN
gmadden@ftc.gov, (202) 326-2426 (tel.)
KIMBERLY L. NELSON
knelson@ftc.gov, (202) 326-3304 (tel.)
KRISTIN M. WILLIAMS
kwilliams2@ftc.gov, (202) 326-2619 (tel.)
Federal Trade Commission
601 New Jersey Avenue, NW, Rm. 2122
Washington, DC 20001
(202) 326-2558 (fax)

Local Counsel
BARBARA Y.K. CHUN, CA Bar No. 186907
bchun@ftc.gov
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4343 (tel.)
(310) 824-4380 (fax)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | SA-CV-99-1266 AHS (EEx) |
| Plaintiff, | **Notice of Lodging of Amended** *Proposed Supplemental Final Order to Modify Stipulated Final Judgment and Order Pursuant to Rule 60(b)* |
| v. | |
| **Data Medical Capital, Inc., et al.,** | |
| Defendants. | Date and Time of Contempt Hearing: November 18, 2009, at 10:00 a.m. Judge Alicemarie H. Stotler |

Plaintiff, Federal Trade Commission, hereby lodges an amended Proposed Supplemental Final Order to Modify Stipulated Final Judgment and Order Pursuant to Rule 60(b).

November 13, 2009                    Respectfully submitted,

/s/ Kristin M. Williams

Frank M. Gorman
Gregory J. Madden
Kimberly L. Nelson
Kristin M. Williams
Barbara Y.K. Chun
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2